AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment for not more than 10 years, a fine of not more than $250,000, a $100 special assesment, and 3 years of supervised release

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ JULIO BEJAR-NAVARETE,

DISTRICT COURT NUMBER
**CR07-00286**

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70099 WDB

Name and Office of Person Furnishing Information on THIS FORM     **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    AUSA Chinhayi J. Coleman

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

JULIO BEJAR-NAVARETE,

CR07-00286

DEFENDANT.

## INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation

A true bill.

_____ Foreman

Filed in open court this _10th_ day of _May 2007_.

_____ Clerk

Bail, $ _No bail arrest warrant._

Wayne D. Brazel  5-10-07

SCOTT N. SCHOOLS (SC 09990)
United States Attorney

FILED

2007 MAY 10  AM 11: 08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIO BEJAR-NAVARETE, ) <br> ) <br> Defendant. ) <br> ) | No. CR07-0286 <br><br> VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

On or about January 31, 2007, in the Northern District of California, the defendant,

**JULIO BEJAR-NAVARETE,**

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

///

///

///

INDICTMENT

1 | defendant into the United States, in violation of Title 8, United States Code, Section 1326.

3 | DATED: May 9, 2007                          A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____
AUSA Chinhayi J. Coleman

INDICTMENT