**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 10/23/07

CR 07-00286SBA                                      JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

JULIO BEJAR-NAVARETE                    Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

<u>CHINHAYI COLEMAN</u>                         <u>JEROME MATTHEWS</u>
U.S. ATTORNEY                                        ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              <u>STARR WILSON</u>
                                                              Court Reporter

<u>HEIDI CLAUS</u>
 Interpreter                                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 11/27/07</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>11/27/07</u> for <u>Further Status/</u>Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to <u>11/27/07</u> for Change of Plea @ 11:00 a.m.
cc: