1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHINHAYI J. COLEMAN (CABN 194542)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3924
7     Facsimile: (501) 637-3724
      E-Mail: chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 07-00286 SBA
                                    )
15        Plaintiff,                )   STIPULATION TO SCHEDULE
                                    )   HEARING FOR CHANGE OF PLEA AND
16        v.                        )   SENTENCING; [PROPOSED] ORDER
                                    )   EXCLUDING TIME
17 JULIO BEJAR-NAVARETE,            )
                                    )
18        Defendant.                )
                                    )
19

20        Plaintiff, by and through its attorney of record, and defendant, by and through his attorney

21 of record, hereby stipulate and ask the Court to find as follows:

22        1.    The government and defendant have reached a negotiated disposition in which

23 defendant would plead guilty to an indictment pursuant to a binding plea agreement.

24        2.    Accordingly, the parties hereby submit the proposed plea agreement, submitted

25 under separate cover for the Court's consideration pursuant to Federal Rule of Criminal

26 Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the

27 following:

28

STIPULATION AND [PROPOSED] ORDER
CR 07-00286 SBA

(a) That the parties have submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on December 18, 2007; and that the time period from November 27, 2007, through December 18, 2007, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

(b) That the defendant waives his right to a full pre-sentence report by U.S. Probation, and the parties request that U.S. Probation prepare only a criminal history report pertaining to the defendant.

(c) That in light of the above, the status hearing presently set for November 27, 2007, at 11:00 a.m. may be vacated.

IT IS SO STIPULATED.

DATE: November 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

Dated: November 16, 2007

JEROME MATTHEWS
Attorney for Defendant

[PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on December 18, 2007. Time is excluded for purposes of the Speedy Trial Act from November 27, 2007, through the hearing date of December 18, 2007, pursuant to

STIPULATION AND [PROPOSED] ORDER
CR 07-00286 SBA                    2

1 | 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of
2 | a proposed plea agreement entered into by the defendant and the government pursuant to Federal
3 | Rule of Criminal Procedure 11(c)(1)(C).
4 |     The United States Probation Office is ordered to prepare a presentence report as to
5 | criminal history only pertaining to defendant.
6 |     The status hearing presently set for November 27, 2007, at 11:00 a.m. is hereby vacated.
7 |
8 | DATED: _____        _____
9 |                                    HONORABLE SAUNDRA BROWN ARMSTRONG
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 07-00286 SBA                              3