**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*  (510) 637-3924
*1301 Clay Street, Suite 340S*
*Oakland, California  94612-5217*  FAX:(510) 637-3724

November 19, 2007

Honorable Saundra Brown Armstrong
United States District Judge
1301 Clay Street, 3rd Floor
Oakland, CA 94612

Re:   United States v. Julio Bejar-Navarete; CR 07-00286 SBA

Dear Judge Armstrong:

I have enclosed a copy of a proposed plea agreement in the above referenced matter. The parties have submitted a stipulation to continue the November 27, 2007 hearing to December 18, 2007 for a change of plea.

Very truly yours,

SCOTT N. SCHOOLS
United States Attorney

By:   _____
CHINHAYI J. COLEMAN
Assistant United States Attorney


cc: Jerome Matthews, AFPD

Enclosure