JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Facsimile: (501) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00286 SBA |
|    Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
|    v. | |
| JULIO BEJAR-NAVARETE, | Hearing Date: January 15, 2008<br>Time: 10:00 a.m. |
|    Defendant. | |

## I. INTRODUCTION/BACKGROUND

On November 19, 2007, the parties in this case submitted a proposed plea agreement to the Court for its consideration. In the plea agreement, the parties agreed that Defendant's Adjusted Offense level is 6, and that the U.S. Probation Office would prepare a report as to his criminal history. See Plea Agreement at ¶ 7. The parties agreed to a sentence of imprisonment at the low end of the applicable Guidelines range. See Plea Agreement at ¶ 8(a).

As detailed below, the United States agrees with the conclusion of the U.S. Probation Office that the criminal history category is IV, and requests that the Court sentence Mr. Bejar-Navarete to 6 months in prison.

UNITED STATES' SENTENCING MEMORANDUM
07-00286 SBA

## II. GUIDELINES CALCULATIONS

On December 21, 2007, the U.S. Probation Office submitted a Criminal History Investigation Report, which contained a criminal history computation establishing a Criminal History Category of IV. The United States agrees with the Probation Department's determination that Defendant has a Criminal History Category of IV.

A Total Offense Level of 6 and a Criminal History Category of IV results in a Sentencing Guidelines Range of 6 to 12 months of imprisonment. The United States recommends a sentence at the low end of Defendant's Sentencing Guidelines range.

## III. THE UNITED STATES' SENTENCING RECOMMENDATION

In agreement with the criminal history category calculated by the U.S. Probation Office, and in accordance with the agreement between the parties, the United States respectfully requests that the Court sentence Defendant to a term of six (6) months imprisonment; three (3) years of supervised release with a condition that he not illegally reenter the United States; no fine; and the $100 mandatory special assessment.

DATED: January 8, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          _____/s/_____
                                          CHINHAYI J. COLEMAN
                                          Assistant United States Attorney