**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 1/15/08

CR 07-00286SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**BEJAR-NAVARETE**                 Present (x) Not Present ( ) In Custody (x)
   **DEFENDANT(S)**

<u>CHINHAYI COLEMAN</u>                  <u>JEROME MATTHEWS</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              <u>RAYNEE MERCADO</u>
                                          Court Reporter

<u>HEIDI CLAUS</u>                          <u>CONNIE COOK</u>
 Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING:  DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT.**

**JUDGMENT:  6 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; SPECIAL ASSESSMENT $100.00 SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: